374 A.2d 712

Commonwealth v. Talbot, Appellant.

Argued March 23, 1977. Thomas C. Branca, with him Stanford S. Hunn, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.